Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Johnny Guanzon, et al. <br><br> Defendants. | CASE NO. CV 08-0368 WDK-FMO <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JOHNNY GUANZON, NICHOLE CHELETTE GUANZON a/k/a CHERRY BANAAG AND CHELETTE NICHOLE GUANZON a/k/a CHERRY BANAAG, individually and d/b/a JOHNNY'S PILIPINO FAST FOOD RESTAURANT |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants JOHNNY GUANZON, NICHOLE CHELETTE GUANZON a/k/a CHERRY BANAAG AND CHELETTE NICHOLE GUANZON A/K/A CHERRY BANAAG, individually and d/b/a Johnny's Pilipino Fast Food Restaurant, that the above-entitled action is hereby dismissed **without prejudice** against JOHNNY GUANZON, NICHOLE CHELETTE GUANZON a/k/a CHERRY BANAAG AND CHELETTE NICHOLE GUANZON a/k/a CHERRY BANAAG, individually and d/b/a Johnny's Pilipino Fast Food Restaurant to the

Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by December 1, 2009, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: August 20, 2008

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 08/22/08

LAW OFFICES OF KIERAN P. BROWN
By: Kieran P. Brown
Attorneys for Defendants
JOHNNY GUANZON,
NICHOLE CHELETTE GUANZON
a/k/a CHERRY BANAAG AND
CHELETTE NICHOLE GUANZON
a/k/a CHERRY BANAAG, individually and d/b/a
Johnny's Pilipino Fast Food Restaurant

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I 'am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 20, 2008, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JOHNNY GUANZON, NICHOLE CHELETTE GUANZON a/k/a CHERRY BANAAG AND CHELETTE NICHOLE GUANZON a/k/a CHERRY BANAAG, individually and d/b/a JOHNNY'S PILIPINO FAST FOOD RESTAURANT**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Kieran P. Brown, Esquire           Attorneys for Defendants
LAW OFFICES OF KIERAN P. BROWN
12749 Norwalk Blvd., Suite 100
Norwalk, CA 90650

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 20, 2008, at South Pasadena, California.

Dated: August 20, 2008                 *Andrea Chavez*
                                       ANDREA CHAVEZ